UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TROVE BRANDS, LLC,
f/k/a Sundesa, LLC,

    Plaintiff,

v.     Case No: 8:19-cv-1809-KKM-AAS

JH STUDIOS, INC.,

    Defendant.
_____

## ORDER

On August 6, 2021, this Court granted Plaintiff Trove Brands Inc.'s motion for a default judgment against JH Studios, Inc., and permanently enjoined JH Studios from infringing Trove's trademarks and patents. (Doc. 40.) The Court also found that Trove was entitled to monetary damages from JH Studios for patent and trademark infringement and to its reasonable attorney's fees and costs. Trove requested time to conduct discovery and an evidentiary hearing to determine the extent of its damages prior to entry of final judgment. (Doc. 35 at 23–24.) This Court agreed and directed Trove to request an evidentiary hearing by October 15, 2021. (Doc. 40 at 2–3.) This Court extended that deadline to November 15, 2021. (Doc. 42.)

Trove has now "decided not to pursue monetary damages in this action." (Doc. 43 at 2.) Accordingly, Trove withdraws its motion for an evidentiary hearing, asks this Court to enter final judgment, and requests allowance to move for attorney's fees and costs within 30 days after that judgment is entered. (*Id.*) Having already determined that Trove is entitled to judgment and to attorney's fees and costs, (Doc. 40 at 1–2), this Court finds no fault with Trove's requests.

Accordingly, the following is **ORDERED:**

1. Plaintiff's motion to withdraw its request for an evidentiary hearing on damages (Doc. 43) is **GRANTED**.

2. The Court directs the Clerk to **ENTER** judgment in favor of Trove Brands, Inc., and in accord with this Court's (Doc. 40) order; to **TERMINATE** any pending motions and deadlines; and to **CLOSE** this case.

3. Plaintiff must file a motion requesting attorney's fees and costs and quantifying those expenses **within 30 days** following entry of judgment.

**ORDERED** in Tampa, Florida, on November 16, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge