## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TROVE BRANDS, LLC
f/k/a Sundesa, LLC,

      Plaintiff,

v.                                    Case No: 8:19-cv-1809-KKM-AAS

JH STUDIOS, INC.,

      Defendant.

_____

## ORDER

The Court entered a default judgment against JH Studios, Inc., after it failed to appear or otherwise defend against Trove Brands, LLC,'s claims that JH infringed its patents and trademarks. (Doc. 40; Doc. 44; Doc. 45.) Trove now moves for attorney's fees. (Doc. 47.)

After reviewing the motion, the Magistrate Judge twice ordered Trove to submit additional support for its request. (Doc. 49; Doc. 51.) Considering the motion, (Doc. 47), and Trove's additional filings, (Doc. 50; Doc. 52), the Magistrate Judge recommended that the Court grant the motion in part and deny it in part. (Doc. 53).

The fourteen-day deadline for Trove to object to the Magistrate Judge's recommendation has passed. It did not object. Nevertheless, the Court reviews the

Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. As the Magistrate Judge explained, (Doc. 53 at 3–4, 8–15), attorney's fees are appropriate under 15 U.S.C. § 117(a) and 35 U.S.C. § 285, but Trove is not entitled to the full amount it requested because not all hours expended were reasonable or sufficiently explained.

Accordingly, the following is **ORDERED:**

1.   The Magistrate Judge's Report and Recommendation is **ADOPTED** and made a part of this Order for all purposes. (Doc. 53.)

2.   Trove Brand, LLC's Motion for Attorney's Fees is **GRANTED IN PART** and **DENIED IN PART**. (Doc. 47.) Trove is entitled to reasonable attorney's fees of **$40,677.88**.

**ORDERED** in Tampa, Florida, on March 18, 2022.

Kathryn Kimball Mizelle
United States District Judge